# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Intellectual Ventures II LLC,** | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **Case No. 6:18-CV-298-JRG** |
| **BITCO General Insurance Corp., f/k/a, Bituminous Casualty Corp.; and BITCO National Insurance Co., f/k/a Bituminous Fire and Marine Insurance Co.,** | § § § § § § | **LEAD CASE** |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| **Intellectual Ventures II LLC,** | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **Case No. 6:18-CV-299-JRG** |
| **Great West Casualty Company,** | § § § | |
| *Defendant*. | § § | |

## MOTION FOR ENTRY OF JOINT PROPOSED
## AMENDED DOCKET CONTROL ORDER

As ordered during the telephonic scheduling conference held on July 10, 2018, the parties have met and conferred and submit the proposed amended scheduling order attached hereto as Exhibit A. The parties request that the Court enter this Joint Proposed Amended Docket Control Order.

Respectfully submitted,

**/s/ Derek Gilliland**
**DEREK GILLILAND**
STATE BAR NO. 24007239
**KIRK VOSS**
STATE BAR NO. 24075229
**WINN CUTLER**
STATE BAR NO. 24084364
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915
**NIX PATTERSON & ROACH, L.L.P.**
1845 Woodall Rodgers Fwy., Suite 1050
Dallas, Texas 75201
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlaw.com
kirkvoss@nixlaw.com
winncutler@nixlaw.com
rossl@nixlaw.com

**BEN KING**
STATE BAR NO. 24048592
**NIX PATTERSON & ROACH, L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
benking@nixlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**


**/s/Irene Yang**
**Vernon M. Winters**
California State Bar No. 130128
(Admitted to the E.D. Tex. Bar)
vwinters@sidley.com
**Irene Yang**
California State Bar No. 245464
(Admitted to the E.D. Tex. Bar)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
(415) 772-7400 fax

**Joseph A. Micallef**
DC Bar Number 443679
jmicallef@sidley.com
**Samuel A. Dillon**
DC Bar Number 692817
(admitted pro hac vice)
samuel.dillon@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

**Harry Lee Gillam, Jr.**
Texas State Bar No. 07921800
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**Counsel for Defendants and Counterclaimants,**
*BITCO General Insurance Corp., f/k/a, Bituminous Casualty Corp.; BITCO National Insurance Co., f/k/a Bituminous Fire and Marine Insurance Co.; Great West Casualty Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 20th day of July, 2018.

 /s Irene Yang
**IRENE YANG**