EXHIBIT "B"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Intellectual Ventures II LLC, | |
| *Plaintiff and* *Counter-Defendant*, | |
| v. | Case No. 6:18-CV-00298-JRG |
| BITCO General Insurance Corp., f/k/a, Bituminous Casualty Corp.; and BITCO National Insurance Co., f/k/a Bituminous Fire and Marine Insurance Co., | LEAD CASE |
| *Defendants and* *Counterclaimants.* | |
| Intellectual Ventures II LLC, | |
| *Plaintiff and* *Counter-Defendant*, | |
| v. | Case No. 6:18-CV-00299-JRG |
| Great West Casualty Company, | |
| *Defendant and* *Counterclaimant.* | |

**BITCO'S LIST OF TRIAL WITNESSES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and the Court's Second

Amended Docket Control Order (Dkt No. 197), BITCO General Insurance Corp., f/k/a,

Bituminous Casualty Corp.; and BITCO National Insurance Co., f/k/a Bituminous Fire and

Marine Insurance Co. ("Defendant") respectfully submits the following list of witnesses that it

expects to present at trial and those that it may call at trial if the need arises (either in person,

through deposition designations, or through videotaped deposition).

Defendant submits this witness list without waiving any of its rights, including the right

to supplement or amend the list prior to or during trial, and including the right to: (a) not call

some of the witnesses listed below, (b) call live or by deposition any witness identified on

Plaintiff's witness lists, (c) call live any witnesses necessary to authenticate or lay the foundation

for the introduction of documents to which Plaintiff objects, (d) add additional witnesses to

testify live or by deposition, (e) introduce deposition testimony as impeachment evidence or in

rebuttal, (f) call as live witnesses at trial the corporate representative(s) designated by Plaintiff to

be excluded from the Rule, whether or not that person appears on a witness list, (g) change a

witness from a live witness to one testifying by deposition and vice versa, (h) modify this

witness list if any further depositions are taken in this matter, or (i) modify, amend, or

supplement this witness list in response to rulings by the Court.  Defendant reserves the right to

call as a witness any person identified on the witness list submitted by Plaintiff without waiving

any right to object to Plaintiff's presentations of such witnesses at trial, without waiving any

objections to the admissibility of any such testimony, and without waiving the right to move for

the exclusion of any such testimony.  Defendant also may call witnesses not included on this list

in rebuttal.  The inclusion of witnesses on this list is subject to Defendant's motions to exclude,

Defendant's motions in limine, and other pre-trial motions.

| WITNESS | Will Call Live | May Call Live | May Call by Deposition |
|---|---|---|---|
| Chris Bakewell | X | | |
| Key Coleman | X | | |
| Dr. Mark Crovella | X | | |
| Craig Mowry | X | | |
| Jonathan Jeschke | | X | |
| Mark Troutwine | | X | |
| Steve Isaac | | X | X |
| Larry Davis | | | X |
| Cheryl Fennesy | | | X |
| David Gaertner | | | X |
| Thomas Choi | | | X |
| Ashley Flynn | | | X |
| John Knapp | | | X |
| Joe Kosiara | | | X |
| Tracy Lemke | | | X |
| Don Merino | | | X |
| Nathan Myhrvold | | | X |
| Everado Ruiz | | | X |
| Edward Snyders | | | X |
| Chris Spadea | | | X |
| Cory Van Arsdale | | | X |
| Jim Weisfield | | | X |

Dated: January 4, 2019

*/s/ Irene Yang*

**Harry Lee Gillam, Jr.**
Texas State Bar No. 07921800
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

**Vernon M. Winters**
California State Bar No. 130128
(Admitted to the E.D. Tex. Bar)
vwinters@sidley.com
**Irene Yang**
California State Bar No. 245464
(Admitted to the E.D. Tex. Bar)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

**Sharon Lee**
(admitted pro hac vice)
sharon.lee@sidley.com
**Samuel A. Dillon**
(admitted pro hac vice)
samuel.dillon@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

**Andrew T. Langford**
Texas State Bar No. 24087886
alangford@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75206
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400

*Counsel for Defendants and*
*Counterclaimants, BITCO General*
*Insurance Corp., f/k/a, Bituminous*
*Casualty Corp.; BITCO National*
*Insurance Co., f/k/a Bituminous Fire and*
*Marine Insurance Co.: and Great West*
*Casualty Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record have been served with the foregoing document by electronic mail on this 4th day of January, 2019.

*/s/ Julia Alvarez-Tam*
Julia Alvarez-Tam